UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SYED ISLAM, *et al*.,<br>　　　　　Defendants. | Case No. 1:18-cv-00018-JDP<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, FAILURE TO COMPLY WITH COURT ORDERS, AND AS UNTIMELY<br><br>ORDER DIRECTING THE COURT CLERK TO ASSIGN THE CASE TO A DISTRICT JUDGE |

　　　James Carl Kelly ("plaintiff") is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. On June 1, 2018, the court issued a screening order stating that plaintiff's complaint appeared to be untimely and that his complaint did not state a cognizable federal claim. (Doc. No. 12.) The court directed plaintiff to show cause why this case should not be dismissed as untimely and granted plaintiff leave to file an amended complaint within 30 days of this order. (*Id.*) Plaintiff did not respond.

　　　Considering plaintiff's pro se status and in the interests of justice, the court will provide plaintiff with one more opportunity to show cause for his failure to comply with the court's order.

IT IS HEREBY ORDERED that

1. Plaintiff shall show good cause in writing, no later than thirty (30) days from the date of service of this order, why this case should not be dismissed for failure to state a claim, failure to comply with a court order, failure to prosecute, and as untimely. If plaintiff files an amended complaint within 30 days of this order, the court will discharge the order to show cause and screen the amended complaint.

2. Any response to this order must be filed with the court.

3. Plaintiff is cautioned that failure to file and serve a written response to this order will be grounds for dismissal.

4. The Clerk is directed to assign a district judge to this case.

IT IS SO ORDERED.

Dated: July 22, 2018

_____
UNITED STATES MAGISTRATE JUDGE