UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SYED ISLAM, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00018-DAD-JDP<br><br>MOTION TO APPOINT COUNSEL DENIED AS MOOT |

　　　On December 4, 2018, the court closed this case for plaintiff's failures to prosecute, to state a claim, and to comply with court orders. ECF No. 15; ECF No. 16. Nonetheless, on May 15, 2019, plaintiff filed a motion to appoint counsel. ECF No. 17. Plaintiff's motion is denied as moot.

IT IS SO ORDERED.

Dated:　May 20, 2019　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE